UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DICKENSON                                                                     PLAINTIFFS

VS.                                           CIVIL ACTION NO. 5:06CV34DCB-JMR

WAL-MART                                                 DEFENDANTS

## ORDER OF DISMISSAL

      The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

      IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within one hundred twenty (120) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

      THIS   the 10th day of September, 2007.

                                                            s/John M. Roper Sr.
                                                      UNITED STATES MAGISTRATE JUDGE